# United States District Court
## Violation Notice

CVB Location Code
OSIO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7725603 | GORDON | 038 |

7725603

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/22/2019  6:20 PM | 4511.20 ORC |

Place of Offense

Offense Description: Factual Basis for Charge

SPRINGX RD, WPAFB

HAZMAT ☐

OPERATION IN WILLFUL OR WANTON    S/B: YES
DISREGARD OF THE SAFETY OF PERSONS    INS: YES
SPEEDING 50 MPH IN A 25 MPH ZONE    DG

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| AMHERE | KEMAYAH | E |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GOD PAID | OH | 02 | MERCEDES | | BLACK |

| A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) |
|---|---|

|  | $ | Forfeiture Amount |
|---|---|---|
|  |  | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident